IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00164-RPM

VIOLET NIELSEN HELSING,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN SOUTHWEST, L.P.,

    Defendant.

_____

ORDER VACATING ORDER SETTING SCHEDULING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the order setting a scheduling conference entered by Magistrate Judge Craig B. Shaffer on February 13, 2015, is vacated.

DATED:   March 13, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge