IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00164-RPM

VIOLET NIELSEN HELSING,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN SOUTHWEST, L.P.,

    Defendant.

_____

## ORDER AMENDING SCHEDULING ORDER
_____

Pursuant to the Joint Motion to Amend Scheduling Order [Doc. 22], it is

ORDERED that the following deadlines are extended:

1. Plaintiff's expert disclosures:    August 26, 2015;

2. Defendant's expert disclosures:    September 14, 2015;

3. Rebuttal expert disclosures:    September 25, 2015;

4. Discovery deadline:    October 31, 2015.

DATED:  July 1, 2015

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge