IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00164-RPM

VIOLET NIELSEN HELSING,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN SOUTHWEST, L.P.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 27], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

    DATED:   August 31, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge